Warren C. **ROBINSON**, Petitioner–Appellant,

v.

**UNITED STATES DEPARTMENT OF JUSTICE; Federal Bureau of Prisons; FMC Butner; Warden Beeler, Respondents–Appellees.**

No. 03–6270.

United States Court of Appeals, Fourth Circuit.

Submitted April 17, 2003.

Decided April 24, 2003.

Warren C. Robinson, Appellant Pro Se. Rudolf A. Renfer, Jr., Assistant United States Attorney, Raleigh, North Carolina, for Appellees.

Before WIDENER, WILLIAMS, and MOTZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Warren C. Robinson appeals the district court's order denying relief on his petition filed under 28 U.S.C. § 2241 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Robinson v. United States Dep't of Justice*, No. CA–02–320–H (E.D.N.C. Jan. 22, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*